# Court of Appeals
# of the State of Georgia

ATLANTA,  May 18, 2017

*The Court of Appeals hereby passes the following order:*

## A17A1586. CHARLES J. GROOMES v. OCWEN LOAN SERVICING, LLC.

Charles J. Groomes, acting pro se, brought this action against Ocwen Loan Servicing, LLC, alleging fraud, improper foreclosure, and predatory lending. On December 6, 2016, the trial court granted Ocwen's motion to dismiss, finding that res judicata barred Groomes's complaint. Groomes filed his notice of appeal from this order on January 9, 2017. We lack jurisdiction.

To the extent that Groomes had a right to appeal, he was required to file his notice of appeal within 30 days of the December 6, 2016 order. See OCGA § 5-6-38 (a). However, Groomes's notice of appeal was filed 34 days after entry of the dismissal of this case. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Accordingly, this case is DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  05/18/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.